No. 159, Misc. QUINN v. MOBIL OIL Co., A DIVISION OF SOCONY MOBIL OIL Co., INC. C. A. 1st Cir. Petition for writ of certiorari dismissed July 28, 1967, pursuant to Rule 60 of the Rules of this Court. *Conrad W. Oberdorfer* for respondent. 
██

No. 262, Misc. GOODMAN v. PATE, WARDEN. Sup. Ct. Ill. Petition for writ of certiorari dismissed August 16, 1967, pursuant to Rule 60 of the Rules of this Court.

No. 49, Misc. BRECKENRIDGE v. PATTERSON, WARDEN. C. A. 10th Cir. Petition for writ of certiorari dismissed August 29, 1967, pursuant to Rule 60 of the Rules of this Court. *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John P. Moore,* Assistant Attorney General, for respondent. 

No. 224. GOLDFARB NOVELTY Co., INC., ET AL. v. UNEEDA DOLL Co., INC. C. A. 2d Cir. Petition for writ of certiorari dismissed September 21, 1967, pursuant to Rule 60 of the Rules of this Court. *Thomas R. Farrell, Jr.,* for Goldfarb Novelty Co., Inc., and *Clarence Fried* for Walgreen Eastern Co., Inc., petitioners. *Eugene H. Zimmerman* for respondent. 
